167 So.2d 677

**Dudley T. ODOM**

**v.**

**CHEROKEE HOMES, INC.**

No. 47450.

Oct. 13, 1964.

In re: Edna Baldwin Odom, etc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 165 So.2d 855.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

FOURNET, C. J., is of the opinion that the writ should be granted. The judgment complained of is not only erroneous but most inequitable.

McCALEB, J., is of the opinion that a writ should be granted.